# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01466-BNB

MICHAEL GENE YOUNG,

    Plaintiff,

v.

SGT. FRANKMORE, and
CO. PEARSON,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's "'Motion to Preserve, Protect and Maintain Vidio [sic] Evidence" filed on June 23, 2009, is DENIED as premature.

Dated: July 2, 2009