IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01466-BNB

MICHAEL GENE YOUNG,

    Plaintiff,

v.

SGT. FRANKMORE, and
CO. PEARSON,

    Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 0 7 2009

GREGORY C. LANGHAM
CLERK

---

ORDER ASSIGNING CASE

---

    Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the

court has determined that this case does not appear to be appropriate for summary

dismissal and that the case should be drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.2D. Pursuant to D.C.COLO.LCivR 40.1C.1., the case

will be assigned to Judge Christine M. Arguello and to Magistrate Judge Boyd N.

Boland. Accordingly, it is

    ORDERED that this case shall be assigned to Judge Christine M. Arguello

pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Boyd N. Boland.

    DATED July 7, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01466-BNB

Michael Gene Young
Prisoner No.  81310
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _7/7/09_

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk